MILLER NASH LLP
Bernie Kornberg, Bar No. 252006
bernie.kornberg@millernash.com
340 Golden Shore, Suite 450
Long Beach, California 90802
Telephone:     562.435.8002
Facsimile:     562.435.7967

Attorneys for Petitioner
Adapt LT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| ADAPT LT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SEQUENCING, LLC,<br><br>　　　　　Respondent. | Case No. 2:26-cv-01457<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO GRANT PETITION TO CONFIRM ARBITRATION AWARD AND ENTER FINAL JUDGMENT**<br><br>Date:  May 4, 2026<br>Time: 1:30 p.m.<br>Courtroom: 580, 5th Floor<br><br>Judge: Hon. Patricia Donahue |

　　　　PLEASE TAKE NOTICE that petitioner, Adapt LT hereby withdraws its previously filed and noticed motion set for hearing on May 4, 2026.

　　　　This withdrawal is made because Petitioner has not yet been able to serve Respondent with the motion papers and therefore cannot proceed in compliance with applicable notice requirements.

///

///

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

- 1 -

NOTICE OF WITHDRAWAL OF MOTION
TO GRANT PETITION RE ARBITRATION
AWARD

4938-5245-2005.1

Petitioner reserves all rights to re-notice the motion at a later date upon completion of service.

Dated: April 24, 2026                                        MILLER NASH LLP


                                                            By:    /s/ Bernie Kornberg
                                                                   Bernie Kornberg
                                                                   Attorneys for Petitioner
                                                                   Adapt LT

MILLER NASH LLP
ATTORNEYS AT LAW
LONG BEACH

4938-5245-2005.1

- 2 -

NOTICE OF WITHDRAWAL OF MOTION
TO GRANT PETITION RE ARBITRATION
AWARD