UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01457-PD                              Date: May 21, 2026

Title    *Adapt LT v. Sequencing, LLC*

Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge

|  Isabel Verduzco  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                                             N/A

**Proceedings (In Chambers):**        **Order to Show Cause Why This Action Should Not be Dismissed for Failure to File a Proof of Service**

On February 11, 2026, Adapt LT ("Petitioner") filed a petition against Respondent Sequencing, LLC ("Respondent"), seeking to confirm an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16. Dkt. No. 1.

Since then, Petitioner has not filed a proof of service of the Summons, Petition, and Notice of Assignment to a U.S. Magistrate Judge and Declaration of Consent, Dkt. No. 4, on Respondent.

More than ninety days have passed since Petitioner filed the petition. Rule 4(m) of the Federal Rules of Civil Procedure provides that if service of the summons and complaint is not made upon a defendant within ninety days of filing the complaint, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  If the plaintiff, however, "shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-01457-PD                                         Date: May 21, 2026

Title      *Adapt LT v. Sequencing, LLC*

Courts have applied Rule 4(m) to petitions to confirm arbitration awards.  *See EEON Found. v. Google, Inc.*, No. 20-cv-01317-SBA, 2020 WL 3433128 at *2 (N.D. Cal. June 23, 2020) (dismissing action for failure to timely serve pursuant to Rule 4(m)); *Bella Canvas, LLC v. Choi Shin Nicaragua S.A.*, No. 222CV00217 FLA (JPRx), 2022 WL 2037490 at *1 (C.D. Cal. Apr. 15, 2022) ("Courts in this circuit have held that service under Fed. R. Civ. P. 4 satisfies the notice requirement of [9 U.S.C. § 9] where a valid arbitration agreement exists between the parties.").

Petitioner is therefore ORDERED TO SHOW CAUSE in writing, by **June 12, 2026**, why proper service was not timely made on Respondent, and why this case should not be dismissed without prejudice for failure to effectuate service and for lack of prosecution.  Failure to timely file a written response to this Order may result in dismissal of this action for failure to effect service of process within the time specified by Rule 4(m) of the Federal Rules of Civil Procedure, for failure to prosecute, and/or for failure to obey a court order.  *See* Fed. R. Civ. P. 41(b).  Petitioner may discharge this Order by filing a proof of service that complies with the applicable rules.

**IT IS SO ORDERED**.